PAUL L. REIN, ESQ. (State Bar No. 43053)
CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
CATHERINE CABALO, ESQ. (State Bar No. 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
Antonio Quistian

CHRISTOPHER J. OLSON, ESQ. (State Bar No. 192689)
colson@smwb.com
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile:  (408) 354-8839

Attorneys for Defendants
KENJI SUSHI, INC. and JAE WOOK LEE

DAVID I. KORNBLUH, ESQ. (State Bar No. 162310)
dik@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Defendant
Marilyn Messina

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO QUISTIAN<br><br>              Plaintiff,<br><br>     v.<br><br>KENJI SUSHI, INC.; JAE WOOK LEE dba KENJI SUSHI; MARILYN MESSINA; and; DOES 1-10, inclusive,<br><br>              Defendants. | Case No. C14-05559 LHK<br><br>Civil Rights<br><br>**STIPULATION FOR DISMISSAL**<br><br>Action Filed: December 19, 2014 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). The Parties have resolved their disputes as to injunctive relief, damages and attorney fees, litigation expenses and costs. **IT IS SO STIPULATED.**

Dated: May 28, 2015           LAW OFFICES OF PAUL L. REIN


                               /s/ Celia McGuinness
                              By:  CELIA McGUINNESS, ESQ.
                              Attorneys for Plaintiff
                              ANTONIO QUISTIAN

Dated: May 28, 2015           SWEENEY, MASON, WILSON & BOSOMWORTH


                               /s/ Christopher Olson
                              By:  CHRISTOPHER J. OLSON, ESQ.
                              Attorneys for Defendants
                              KENJI SUSHI, INC. and JAE WOOK LEE

Dated: May 28 2015            MILLER, MORTON, CAILLAT & NEVIS, LLP


                               /s/ David Kornbluh
                              By:  DAVID KORNBLUH, ESQ.
                              Attorneys for Defendants
                              MARILYN MESSINA

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.**

The clerk shall close the file.

Dated: June 3, 2015

_____
Honorable Lucy H. Koh
United States District Court Judge